PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-po-00124-SAB |
| Plaintiff, | JOINT MOTION FOR EARLY TERMINATION OF PROBATION PURSUANT TO 18 U.S.C. § 3564(c); FED. R. CRIM. P. 32.1(c); and ORDER |
| v. | |
| MENG TANG, | |
| Defendant. | |

     The United States Attorney, by and through Phillip A. Talbert, Acting United States Attorney, and Katherine E. Schuh, Assistant United States Attorney, and Meng Tang, Pro Se Defendant, hereby move for an early termination of probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal Procedure, Rule 32.1(c).

     On August 20, 2021, the Court sentenced Defendant Meng Tang to serve 12 months unsupervised probation to expire on August 19, 2022 (ECF No. 10). The conditions of Defendant's probation include payment of a fine in the amount of $460.00; payment of a special assessment in the amount of $10.00; and payment of a processing fee in the amount of $30.00 for a total financial obligation of $500.00 with monthly payments of $50.00 commencing on September 15, 2021. Additionally, Defendant is to obey all laws, notify of any financial or address change. The Court set a

Probation Review Hearing for June 16, 2022 at 10:00 a.m. before Magistrate Judge Stanley A. Boone, wherein the Defendant may appear by video conference at that hearing.

Defendant paid the fine in full to the Central Violations Bureau on August 31, 2021, and as of September 2, 2021, said payment is reflected in the Court's docket as "Final Payment Received" (ECF No. 12).

Inasmuch as the Defendant has paid his financial obligation in full, the parties respectfully request this Court to terminate probation pursuant to 18 U.S.C. § 3564(c); and Federal Rules of Criminal Procedure, Rule 32.1(c).

DATED: September 7, 2021                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

                                        By: /s/ Katherine E. Schuh
                                            KATHERINE E. SCHUH
                                            Assistant United States Attorney

DATED: September 15, 2021                   Respectfully submitted,


                                        By: /s/ Meng Tang
                                            MENG TANG, Pro Se
                                            Defendant

## **O R D E R**

IT IS HEREBY ORDERED that Defendant's probation be terminated and that the Probation Review Hearing set for June 16, 2022 at 10:00 a.m. be vacated.

IT IS SO ORDERED.

Dated:  **September 25, 2021**

                                            UNITED STATES MAGISTRATE JUDGE